ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: February 15, 2019
START: 4:00 pm
END: 5:45 pm

DOCKET NO: 15 CV 6360

CASE: LPD New York v. Adidas America et al

- [ ] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS — ATTORNEY

| | Nathan Williams |
| | John Lillis |

DEFENDANTS

| | Robert Potter |
| | H. Forrest Flemming |
| | w/ Sara Vanderhoff |

- [ ] DISCOVERY TO BE COMPLETED BY ___
- [ ] NEXT ___ CONFERENCE SCHEDULED FOR ___
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___
- [ ] PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET.

The Court conducts a hearing in connection with plaintiff's motion to compel (DE #118, and DE #124), which is granted in limited part only. Plaintiff's motion to reopen discovery is denied without prejudice. After questioning defense counsel at length, the Court concludes that their searches for ESI were reasonable and proportional, except that defendants are directed to (1) update the searches that were conducted in 2015 and 2016, and (2) conduct a search of Krispin's documents, and to

complete these searches no later than
February 22, 2019.