UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LPD NEW YORK, LLC, | : |
| Plaintiff, | : |
| - vs - | : |
| ADIDAS AMERICA, INC. and ADIDAS AG, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **JUDGMENT**

| | | |
|---|---|---|
| ADIDAS AMERICA, INC., ADIDAS AG, and ADIDAS INTERNATIONAL MARKETING BV, | : | 15-cv-06360 (DC) |
| | : | |
| Counter-Claimants, | : | |
| - vs - | : | |
| LPD NEW YORK, LLC and BENJAMIN FAINLIGHT, | : | |
| Counter-Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

    Plaintiff LPD New York, LLC ("LPD") asserted claims for breach of quasi-contract, promissory estoppel, and defamation against defendants adidas America, Inc. and adidas AG. Dkt. No. 77. The quasi-contract claim was dismissed on the merits on summary judgment. Dkt. No. 247. The promissory estoppel and defamation claims

having been tried to a jury and the Court from February 10 to 19, 2025, and the jury having rendered a verdict against LPD, and in favor of defendants adidas America, Inc. and Adidas AG,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that LPD recover nothing, and LPD's action is dismissed on the merits.

Counterclaimants adidas America, Inc., adidas AG, and adidas International Marketing BV (collectively, "adidas") asserted (1) federal statutory claims for trademark infringement, counterfeiting, dilution, and unfair competition, (2) state statutory claims for trademark dilution and unfair and deceptive trade practices, and (3) a state common law claim for trademark infringement and unfair competition. Dkt. No. 144. adidas's state statutory claim for unfair and deceptive trade practices was dismissed for failure to state a claim. Dkt. 247. LPD's and Benjamin Fainlight's liability as to adidas's federal statutory claims for trademark infringement and counterfeiting was established on summary judgment. *Id.* adidas otherwise withdrew (1) its federal statutory claims for trademark dilution and unfair competition, (2) its state statutory claims for trademark dilution, and (3) its state common law claim for trademark infringement and unfair competition. Dkt. 255. The issue of damages as to adidas's federal statutory claims for trademark infringement and counterfeiting against counterclaim defendants LPD and Benjamin Fainlight having been tried to a jury and the Court from February 10 to 19, 2025,

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that counterclaimant adidas recover from LPD and Benjamin Fainlight statutory damages of $75,000, with costs.

Dated: Brooklyn, New York
    February 20, 2025

                _____
                DENNY CHIN
                United States Circuit Judge
                Sitting By Designation